UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**SANDRANETTE RENICE WASHINGTON,**

    **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

Case No.: 2:25-cv-1927-HDM

## MEMORANDUM OPINION AND ORDER

Plaintiff Sandranette Renice Washington filed this Social Security appeal to contest "a final administrative decision denying [her] claim." (Doc. 1, ¶ 2). Defendant Frank Bisignano, Commissioner of the Social Security Administration, filed the certified transcript of Washington's claim, (doc. 7), and now seeks an entry of judgment under sentence four of 42 U.S.C. § 405(g), with reversal and remand of the case for further administrative proceedings, (doc. 12). Upon remand, Washington—who does not oppose the motion—will have "an opportunity for an additional hearing and [the Social Security Administration will] issue a new decision." *Id.* at 1.

Under sentence four, the court has the "power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision

of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). When a court reverses and remands a Social Security appeal under sentence four, it must enter a separate final judgment. *Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Allen v. Soc. Sec. Admin.*, No. 7:22-cv-374, 2025 WL 1688615, at *1 (N.D. Ala. June 16, 2025).

The court finds that a reversal and remand under sentence four is appropriate. Accordingly, Defendant Commissioner Frank Bisignano's Uncontested Motion for Entry of Judgment With Remand, (doc. 12), is **GRANTED.** Pursuant to sentence four of 42 U.S.C. § 405(g), the Commissioner's final decision denying benefits to Plaintiff Sandranette Renice Washington is **REVERSED** and this matter is **REMANDED** for further administrative proceedings. The court will enter a separate final judgment.

**DONE** and **ORDERED** on March 4, 2026

_____
**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE